<table>
<tr><td colspan="2"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

DISTRICT OF ARIZONA

Case number *(if known)* _____  Chapter __**11**__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   **06/22**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Aloa-ETS LLC** |
| **2.** | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **85-4143929** |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **1874 E. 39th Ave**<br>**Apache Junction, AZ 85119**<br>Number, Street, City, State & ZIP Code | **151 W. Superstition Blvd**<br>**Apache Junction, AZ 85178**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Pinal**<br>County | **Location of principal assets, if different from principal place of business**<br>**DOLLAR SELF STORAGE #10**<br>**2901 S WINCHESTER ROAD Apache Junction, AZ 85119**<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | **www.aloa-ets.com** |

| | | |
|---|---|---|
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

———

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | Debtor | | | | Relationship | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number, if known | |

**11.  Why is the case filed in**      *Check all that apply:*
**this district?**

☑    Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐    A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or**        ☑ No
**have possession of any**
**real property or personal**         ☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.
**property that needs**
**immediate attention?**                **Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard?    _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other    _____

**Where is the property?**    _____

                              Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency    _____

            Contact name    _____

            Phone    _____

---

███      **Statistical and administrative information**

**13.  Debtor's estimation of**    .      *Check one:*
**available funds**

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of**      ☑ 1-49                    ☐ 1,000-5,000              ☐ 25,001-50,000
**creditors**                      ☐ 50-99                   ☐ 5001-10,000              ☐ 50,001-100,000
                                   ☐ 100-199                 ☐ 10,001-25,000            ☐ More than100,000
                                   ☐ 200-999

---

**15.  Estimated Assets**         ☑ $0 - $50,000            ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
                                   ☐ $50,001 - $100,000      ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
                                   ☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
                                   ☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million    ☐ More than $50 billion

---

**16.  Estimated liabilities**    ☐ $0 - $50,000            ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
                                   ☐ $50,001 - $100,000      ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
                                   ☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
                                   ☑ $500,001 - $1 million   ☐ $100,000,001 - $500 million    ☐ More than $50 billion

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **November 30, 2023**

MM / DD / YYYY

**X** **/s/ Donald A. Waskiewicz Jr.**                    **Donald A. Waskiewicz Jr.**

Signature of authorized representative of debtor            Printed name

Email Address of debtor

Title    **Managing Member**

**18. Signature of attorney**

**X** **/s/ Nathan E. Carr**                    Date  **November 30, 2023**

Signature of attorney for debtor                    MM / DD / YYYY

**Nathan E. Carr 025034**

Printed name

**Carr Law, PLLC**

Firm name

**2133 E. Warner Rd.**
**#106**
**Tempe, AZ 85284**

Number, Street, City, State & ZIP Code

Contact phone    **480-278-1278**        Email address    **natecarrlaw@yahoo.com**

**025034 AZ**

Bar number and State

| Fill in this information to identify the case: |
|---|
| Debtor name | **Aloa-ETS LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF ARIZONA** |
| Case number (if known): |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **ADAPTIVE SOLUTIONS 3019 168TH AVE Bellevue, WA 98008** | | | | | | **$15,676.00** |
| **ARROW WIRE AND CABLE 13911 YORBA AVENUE Chino, CA 91710** | | | | | | **$100,065.86** |
| **AVALON COMMUNICATIONS SERVICES 1500 W HAMPTON AVE SUITE 5-J Englewood, CO 80110** | | | | | | **$75,605.24** |
| **DOLLAR SELF STORAGE #10 2901 S WINCHESTER ROAD Apache Junction, AZ 85119** | | | | | | **$954.09** |
| **INTERNAL REVENUE SERVICE PO BOX 7346 Philadelphia, PA 19101-7346** | | **941, 940 and 1120 Taxes owed by Xeriom and assessed against Aloa-ETS as successor in interest** | **Disputed** | | | **$326,856.00** |
| **LOCKAWAY STORAGE - NAKOMA 310 E NAKOMA ST UNIT 133 San Antonio, TX 78216** | | | | | | **$78.00** |

Case 4:23-bk-08632-SHG    Doc 1    Filed 11/30/23    Entered 11/30/23 16:25:26    Desc
Main Document    Page 5 of 9

Debtor **Aloa-ETS LLC**  Case number *(if known)* _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **RAMP BUSINESS CORPORATION 28 West 23rd Street, FLOOR 2 New York, NY 10010** | | | | | | $79,513.00 |
| **SUNBELT RENTALS PO BOX 409211 Shepherdsville, KY 40165** | | | | | | $40,165.00 |
| **TRICOM CABLING 1427 BENDING PT San Antonio, TX 78247** | | | | | | $19,475.00 |
| **UNITED RENTALS PO BOX 051122 Los Angeles, CA 90074-1122** | | | | | | $14,799.99 |
| **UNITY SOLUTIONS 1325 LEOPARD HUNT San Antonio, TX 78251** | | | | | | $15,860.00 |

Aloa-ETS LLC -

.

ADAPTIVE SOLUTIONS
3019 168TH AVE
BELLEVUE WA 98008


ARROW WIRE AND CABLE
13911 YORBA AVENUE
CHINO CA 91710


AVALON COMMUNICATIONS SERVICES
1500 W HAMPTON AVE
SUITE 5-J
ENGLEWOOD CO 80110


DOLLAR SELF STORAGE #10
2901 S WINCHESTER ROAD
APACHE JUNCTION AZ 85119


INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346


JOHNSON STEWART MATERIALS, LLC
1564 N ALMA SCHOOL ROAD
MESA AZ 85201


LOCKAWAY STORAGE - NAKOMA
310 E NAKOMA ST
UNIT 133
SAN ANTONIO TX 78216


RAMP BUSINESS CORPORATION
28 WEST 23RD STREET,
FLOOR 2
NEW YORK NY 10010


SUNBELT RENTALS
PO BOX 409211
SHEPHERDSVILLE KY 40165


TRICOM CABLING
1427 BENDING PT
SAN ANTONIO TX 78247

Aloa-ETS LLC -


UNITED RENTALS
PO BOX 051122
LOS ANGELES CA 90074-1122


UNITY SOLUTIONS
1325 LEOPARD HUNT
SAN ANTONIO TX 78251

# United States Bankruptcy Court
## District of Arizona

In re    **Aloa-ETS LLC**

Debtor(s)

Case No. _____

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Aloa-ETS LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Donald Waskiewicz**

☐ None [*Check if applicable*]

**November 30, 2023**

Date

**/s/ Nathan E. Carr**

**Nathan E. Carr 025034**

Signature of Attorney or Litigant

Counsel for   **Aloa-ETS LLC**

**Carr Law, PLLC**
**2133 E. Warner Rd.**
**#106**
**Tempe, AZ 85284**
**480-278-1278 Fax:480-491-2042**
**natecarrlaw@yahoo.com**